JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MAISHA HENSON, | CV 20-11402 PA (MRWx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| NATIONWIDE CREDIT, INC., | |
| Defendant. | |

Pursuant to this Court's April 7, 2021, Minute Order granting the Motion to Dismiss filed by defendant Nationwide Credit, Inc. ("Defendant"), which dismissed the claims asserted by plaintiff Maisha Henson ("Plaintiff") without leave to amend and with prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant have its costs of suit.

DATED: April 7, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE